UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ELLIOTT, RICARDO CAMARGO, JAVIER ROVIRA, and BRADLEY SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant | Case No. 2:24-cv-01218<br><br>**NOTICE OF RELATED CASE** |

Pursuant to LCR 3(g)(1), Plaintiffs John Elliott, Ricardo Camargo, Javier Rovira, and Bradley Smith hereby submit this notice of a pending, related case in the Western District of Washington. The related case is *Wolfire Games LLC et al. v. Valve Corp.*, 2:21-cv-00563-JCC, assigned to U.S. District Judge John C. Coughenour (the "*Wolfire Games* Action").

The *Wolfire Games* Action and the instant antitrust action both arise from the same or closely related transactions, happenings, or events. The cases name common Defendant: Valve Corporation ("Valve"). Valve sells personal computer ("PC") games through its online store, the Steam Store. Plaintiffs in each case allege that Valve has used anticompetitive pricing and other restraints to unlawfully monopolize the market for PC game distribution. Plaintiffs in each case assert claims under Sections 1 and 2 of the Sherman Act, as well as violations of Washington's Consumer Protection Act.

NOTICE OF RELATED CASE
CASE NO. 2:24-CV-01218

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

011258-11/2696213 V1

1     It appears likely that there will be an unduly burdensome duplication of labor and
2  expense or the potential for conflicting results if the cases are conducted before different judges.
3  Accordingly, this action qualifies for related-case transfer to the Honorable John C. Coughenour.

DATED:  August 9, 2024        Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

/s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)

/s/ *Xiaoyi Fan*
Xiaoyi Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail:      steve@hbsslaw.com
E-mail:      kellyf@hbsslaw.com


Ben M. Harrington (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3034
Facsimile: (510) 725-3001 fax
E-mail:      benh@hbsslaw.com


William Ward Bucher IV  (*pro hac vice* forthcoming)
BUCHER LAW PLLC
350 Northern Blvd, Ste. 324 -1519
Albany, NY 12204-1000
Telephone: (202) 997-3029
Email: will@bucherlawfirm.com

*Attorneys for Plaintiffs*

NOTICE OF RELATED CASE
CASE NO. 2:24-CV-01218



011258-11/2696213 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2024, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

*/s/ Steve W. Berman*
Steve W. Berman

NOTICE OF RELATED CASE
Case No. 2:24-cv-01218

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

011258-11/2696213 V1