UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ELLIOTT et al., <br><br> Plaintiff(s), <br><br> v. <br><br> VALVE CORPORATION, <br><br> Defendant(s). | CASE NO. 2:24−cv−01218−JCC <br><br> MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable John C. Coughenour, United States District Judge. All future documents filed in this case must bear the cause number 2:24−cv−01218−JCC and bear the Judge's name in the upper right hand corner of the document.

DATED August 19, 2024

                                                        Ravi Subramanian
                                                        Clerk of Court

                                                        By:  /s/ Kim E Brye
                                                            Deputy Clerk