THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ELLIOTT, RICARDO CAMARGO,
JAVIER ROVIRA, and BRADLY SMITH,

Plaintiffs,

v.

VALVE CORPORATION,

Defendant.

No. 2:24-cv-01218-JCC

**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT VALVE CORPORATION'S RESPONSE TO CLASS ACTION COMPLAINT**

**NOTE ON MOTION CALENDAR: August 29, 2024**

The parties to this action, by and through their undersigned counsel, respectfully submit this stipulation and proposed order to the Court, stating as follows: On August 9, 2024, Plaintiffs filed their Class Action Complaint. Defendant Valve Corporation was served via process on August 23, 2024. Defendant's deadline to respond to the Class Action Complaint is September 13, 2024. The parties met and conferred on August 27, 2024, and stipulate to moving Defendant's deadline to respond to the Class Action Complaint to October 15, 2024.

//

//

STIPULATION AND [PROPOSED] ORDER
REGARDING DEFENDANT'S RESPONSE TO CLASS
ACTION COMPLAINT – Page 1
No. 2:24-cv-01218-JCC

SO STIPULATED this 29th day of August, 2024.

HAGENS BERMAN SOBOL SHAPIRO LLP          CORR CRONIN LLP

*s/ Steve W. Berman (per email authorization)*     *s/ Blake Marks-Dias*
Steve W. Berman, WSBA No. 12536          Blake Marks-Dias, WSBA No. 28169
Xiaoyi Fan, WSBA No. 56703               Todd T. Williams, WSBA No. 45032
1301 Second Avenue, Suite 2000           Eric A. Lindberg, WSBA No. 43596
Seattle, WA  98101                       1015 Second Avenue, Floor 10
(206) 623-7292 Phone                     Seattle, WA  98104
steve@hbsslaw.com                        (206) 625-8600 Phone
kellyf@hbsslaw.com                       (206) 625-0900 Fax
                                         bmarksdias@corrcronin.com
                                         twilliams@corrcronin.com
Ben M. Harrington *(Pro Hac Vice*        elindberg@corrcronin.com
*Forthcoming)*
HAGENS BERMAN SOBOL SHAPIRO LLP          *Attorneys for Defendant Valve Corporation*
715 Hearst Avenue, Suite 300
Berkeley, CA 94710                       Richard M. Simins *(Pro Hac Vice*
(510) 725-3034 Phone                     *Application Forthcoming)*
benh@hbsslaw.com                         Robert E. Day *(Pro Hac Vice Application*
                                         *Forthcoming)*
                                         Jessica Rizzo *(Pro Hac Vice Application*
William Ward Bucher IV *(Pro Hac Vice*   *Forthcoming)*
*Forthcoming)*                           MONTGOMERY McCRACKEN WALKER
BUCHER LAW PLLC                          & RHOADS LLP
350 Northern Blvd, Ste. 324-1519         1735 Market Street
Albany, NY 12204-1000                    Philadelphia, PA 19103
                                         Telephone (215) 772-1500
*Attorneys for Plaintiffs*               rsimins@mmwr.com
                                         rday@mmwr.com
                                         jrizzo@mmwr.com

                                         *Attorneys for Defendant Valve Corporation*

STIPULATION AND [PROPOSED] ORDER
REGARDING DEFENDANT'S RESPONSE TO CLASS
ACTION COMPLAINT – Page 2
No. 2:24-cv-01218-JCC

1

IT IS SO ORDERED.

2

3

4
_____
HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

5
Presented by:

6
CORR CRONIN LLP

7
*s/ Blake Marks-Dias*
_____

8
Blake Marks-Dias, WSBA No. 28169
Todd T. Williams, WSBA No. 45032
Eric A. Lindberg, WSBA No. 43596

9
1015 Second Avenue, Floor 10
Seattle, WA  98104

10
(206) 625-8600 Phone
(206) 625-0900 Fax

11
bmarksdias@corrcronin.com
twilliams@corrcronin.com

12
elindberg@corrcronin.com

13
*Attorneys for Defendant Valve Corporation*

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND [PROPOSED] ORDER
REGARDING DEFENDANT'S RESPONSE TO CLASS
ACTION COMPLAINT – Page 3
No. 2:24-cv-01218-JCC