THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ELLIOTT, RICARDO CAMARGO, JAVIER ROVIRA, and BRADLY SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | No. 2:24-cv-01218-JCC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT VALVE CORPORATION'S RESPONSE TO CLASS ACTION COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 29, 2024** |

The parties to this action, by and through their undersigned counsel, respectfully submit this stipulation and proposed order to the Court, stating as follows: On August 9, 2024, Plaintiffs filed their Class Action Complaint. Defendant Valve Corporation was served via process on August 23, 2024. Defendant's deadline to respond to the Class Action Complaint is September 13, 2024. The parties met and conferred on August 27, 2024, and stipulate to moving Defendant's deadline to respond to the Class Action Complaint to October 15, 2024.

//

//

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S RESPONSE TO CLASS ACTION COMPLAINT – Page 1
No. 2:24-cv-01218-JCC

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

SO STIPULATED this 29th day of August, 2024.

| HAGENS BERMAN SOBOL SHAPIRO LLP | CORR CRONIN LLP |
|---|---|
| *s/ Steve W. Berman (per email authorization)*<br>Steve W. Berman, WSBA No. 12536<br>Xiaoyi Fan, WSBA No. 56703<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 623-7292 Phone<br>steve@hbsslaw.com<br>kellyf@hbsslaw.com<br><br>Ben M. Harrington *(Pro Hac Vice Forthcoming)*<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>(510) 725-3034 Phone<br>benh@hbsslaw.com<br><br>William Ward Bucher IV *(Pro Hac Vice Forthcoming)*<br>BUCHER LAW PLLC<br>350 Northern Blvd, Ste. 324-1519<br>Albany, NY 12204-1000<br><br>*Attorneys for Plaintiffs* | *s/ Blake Marks-Dias*<br>Blake Marks-Dias, WSBA No. 28169<br>Todd T. Williams, WSBA No. 45032<br>Eric A. Lindberg, WSBA No. 43596<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104<br>(206) 625-8600 Phone<br>(206) 625-0900 Fax<br>bmarksdias@corrcronin.com<br>twilliams@corrcronin.com<br>elindberg@corrcronin.com<br><br>*Attorneys for Defendant Valve Corporation*<br><br>Richard M. Simins *(Pro Hac Vice Application Forthcoming)*<br>Robert E. Day *(Pro Hac Vice Application Forthcoming)*<br>Jessica Rizzo *(Pro Hac Vice Application Forthcoming)*<br>MONTGOMERY McCRACKEN WALKER & RHOADS LLP<br>1735 Market Street<br>Philadelphia, PA 19103<br>Telephone (215) 772-1500<br>rsimins@mmwr.com<br>rday@mmwr.com<br>jrizzo@mmwr.com<br><br>*Attorneys for Defendant Valve Corporation* |

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANT'S RESPONSE TO CLASS ACTION COMPLAINT – Page 2
No. 2:24-cv-01218-JCC

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

IT IS SO ORDERED this 29th day of August 2024.

*[signature: John C. Coughenour]*

HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Todd T. Williams, WSBA No. 45032
Eric A. Lindberg, WSBA No. 43596
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
twilliams@corrcronin.com
elindberg@corrcronin.com

*Attorneys for Defendant Valve Corporation*

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S RESPONSE TO CLASS ACTION COMPLAINT – Page 3
No. 2:24-cv-01218-JCC

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900