THE HONORABLE JAMAL N WHITEHEAD

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

JOHN ELLIOTT, RICARDO CAMARGO,
JAVIER ROVIRA, and BRADLEY SMITH,

                    Plaintiffs,

        v.

VALVE CORPORATION,

                    Defendant.

Case No. 2:24-cv-01218-JNW

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO APPOINT
HAGENS BERMAN SOBOL SHAPIRO
LLP AND BUCHER LAW PLLC AS
INTERIM CO-LEAD CLASS COUNSEL**

Now before the Court is the Plaintiffs' Motion to Appoint Hagens Berman Sobol Shapiro LLP and Bucher Law PLLC as Interim Co-lead Class Counsel.

The Court has carefully reviewed the motion and concludes that Hagens Berman Sobol Shapiro LLP and Bucher Law PLLC should be appointed, and are hereby appointed, as Interim Class Counsel for the proposed consumer class identified in Plaintiffs' operative pleading ("Consumer Class") (ECF No. 1). The Court concludes that such appointment will aid in achieving efficiency and economy in what is likely to be expensive and complicated litigation, and that such appointment will enhance fairness to all parties concerned, as well as the proposed Consumer Class.

In reaching these conclusions, the Court has carefully reviewed the motion and its accompanying submissions, including the declarations and attachments submitted on behalf of the appointed firms, and has also considered the factors outlined in Rule 23(g) of the Federal Rules of

Civil Procedure and other authority cited by the Plaintiffs. The Plaintiffs' submission demonstrates that the appointment of Hagens Berman Sobol Shapiro LLP and Bucher Law PLLC satisfies the requirements of Rule 23(g).   Relevant considerations include the work counsel has done in identifying and investigating potential claims in the action; counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; counsel's knowledge of the applicable law; and the resources that counsel has available and will commit to representing the class.

Therefore, with respect to the proposed Consumer Class, Hagens Berman Sobol Shapiro LLP and Bucher Law PLLC, as Interim Class Counsel, shall have authority over the following matters on behalf of the proposed Consumer Class:

      a.  convening meetings of Plaintiffs' counsel;

      b.  the initiation, response, scheduling, briefing, and argument of all motions;

      c.  the scope, order, and conduct of all discovery proceedings;

      d.  making such work assignments as among themselves and other Plaintiffs' counsel as they may deem appropriate;

      e.  collecting time and expense reports from all Plaintiffs' counsel on a periodic basis;

      f.  the retention of experts;

      g.  the designation of which Plaintiffs' attorneys shall appear at hearings and conferences with the Court;

      h.  settlement negotiations and agreements with Defendant;

      i.  allocate among counsel any award of attorney's fees and expenses; and

      j.  all other matters concerning the prosecution of the Action on behalf of the proposed Consumer Class.

DATED this ____ day of _____, 2024.


IT IS SO ORDERED.

1

2
                                          Hon. Jamal N Whitehead
                                          United States District Judge

3
Presented by:

4

5
HAGENS BERMAN SOBOL SHAPIRO LLP
/s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)

6

7
/s/ *Xiaoyi Fan*
Xiaoyi Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000

8
Seattle, WA 98101
Telephone: (206) 623-7292

9
Facsimile: (206) 623-0594
E-mail:  steve@hbsslaw.com

10
E-mail:  kellyf@hbsslaw.com

11

12
Ben M. Harrington (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP

13
715 Hearst Avenue, Suite 300
Berkeley, CA  94710

14
Telephone: (510) 725-3034
Facsimile: (510) 725-3001 fax
E-mail:  benh@hbsslaw.com

15

16
William Ward Bucher IV (*pro hac vice* forthcoming)
BUCHER LAW PLLC

17
350 Northern Blvd, Ste. 324 -1519
Albany, NY 12204-1000

18
Telephone: (202) 997-3029
Email: will@bucherlawfirm.com

19

20
*Attorneys for Plaintiffs*

21

22

23

24

25

26

27

28

[PROPOSED] ORDER – 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER – 4

011258-11/2843338 V1