THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ELLIOTT, RICARDO CAMARGO, JAVIER ROVIRA, and BRADLY SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | No. 2:24-cv-01218-JNW<br><br>**NOTICE OF WITHDRAWAL OF RICHARD M. SIMINS** |

TO: Clerk of the Court;

AND TO: All parties and counsel of record.

PLEASE TAKE NOTICE that Richard M. Simins of Montgomery McCracken Walker & Rhoads LLP hereby withdraws as attorney of record for Defendant Valve Corporation in the above-entitled action. Blake Marks-Dias, Todd Williams and Eric Lindberg of Corr Cronin LLP and Robert E. Day and Jessica Rizzo of Montgomery McCracken Walker & Rhoads LLP and Michael W. McTigue, Jr. and Meredith Slawe of Skadden, Arps, Slate, Meagher & Flom LLP remain as counsel for Defendant Valve Corporation. This withdrawal is effective immediately.

NOTICE OF WITHDRAWAL OF RICHARD M. SIMINS– Page 1
No. 2:24-cv-01218-JNW

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 10th day of October, 2024.

*s/ Richard M. Simins*
Richard M. Simins, *Admitted Pro Hac Vice*
MONTGOMERY McCRACKEN WALKER & RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone (215) 772-1500
rsimins@mmwr.com

*Withdrawing Attorney for Defendant Valve Corporation*

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Todd T. Williams, WSBA No. 45032
Eric A. Lindberg, WSBA No. 43596
1015 Second Avenue, Floor 10
Seattle, WA  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
twilliams@corrcronin.com
elindberg@corrcronin.com

Robert E. Day, *Admitted Pro Hac Vice*
Jessica Rizzo, *Admitted Pro Hac Vice*
MONTGOMERY McCRACKEN WALKER & RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone (215) 772-1500
rday@mmwr.com
jrizzo@mmwr.com

NOTICE OF WITHDRAWAL OF RICHARD M. SIMINS– Page 2
No. 2:24-cv-01218-JNW

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Meredith Slawe, *Admitted Pro Hac Vice*
Michael W. McTigue, Jr., *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001

*Attorneys for Defendant Valve Corporation*

NOTICE OF WITHDRAWAL OF RICHARD M. SIMINS– Page 3
No. 2:24-cv-01218-JNW

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900