THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ELLIOTT, RICARDO CAMARGO, JAVIER ROVIRA, and BRADLY SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | No. 2:24-cv-01218-JNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND FRCP 26(f) CONFERENCE AND MOTION TO DISMISS DEADLINES**<br><br>NOTE ON MOTION CALENDAR: October 15, 2024 |

The parties to this action, by and through their undersigned counsel, respectfully submit this stipulation and proposed order to the Court, stating as follows:

On October 2, 2024, Plaintiffs moved to appoint Hagens Berman Sobol Shapiro LLP and Bucher Law PLLC as interim co-lead class counsel. Dkt. 25. On October 4, 2024, four consumer plaintiffs Sean Colvin, Susann Davis, Hope Marchionda, and Everett Stephens ("Colvin Plaintiffs") from a related case, *In re Valve Antitrust Litigation* (Case No. 2:21-cv-00563-JNW), filed a motion in that case to consolidate it with this one and to appoint Vorys,

STIPULATION AND [PROPOSED] ORDER TO
EXTEND FRCP 26(f) CONFERENCE AND MOTION
TO DISMISS DEADLINES – Page 1
No. 2:24-cv-01218-JNW

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Sater, Seymour and Pease LLP as interim lead class counsel. On October 11, 2024, the Colvin Plaintiffs filed a notice of their motion to consolidate in this matter. Dkt. 30. Plaintiffs intend to oppose consolidation; Valve supports consolidation. *See id.* at 2-3.

Defendant's current deadline to respond to the Complaint is October 15, 2024. Pursuant to ¶ 5.6 of this Court's Chambers Procedures—Civil, on September 25, 2024, Defendant informed Plaintiffs of various defects Defendant believes are present in the Complaint. On October 12, 2024, Plaintiffs informed Defendant that they do not intend to file an amended complaint in response to Defendant's notice under ¶ 5.6 of this Court's Chambers Procedures—Civil.

The parties met and conferred, and stipulate to the following:

1. The October 15, 2024 deadline for Defendant to respond to the Complaint is vacated. The deadline for Defendant to respond to the Complaint is reset to within 14 days after all motions to consolidate and to appoint interim class counsel are resolved. If, however, the Complaint is to be amended as a result of the resolution of any motion to consolidate or motion to appoint lead counsel (for example, if this action is consolidated with *In re Valve Antitrust Litigation* and/or Hagens Berman Sobol Shapiro LLP and Bucher Law PLLC are not appointed interim co-lead counsel), the parties shall meet and confer to propose a new deadline for Defendant to respond to the amended Complaint and a new briefing schedule if Defendant intends to move to dismiss.

2. The Rule 26(f) conference, Initial Disclosures, and Joint Status Report deadlines set by the Court in its August 30, 2024 Text Order, Dkt. 10, are vacated. The deadline for the Rule

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND FRCP 26(f) CONFERENCE AND MOTION TO DISMISS DEADLINES – Page 2
No. 2:24-cv-01218-JNW

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

26(f) conference is reset to within 7 days after Defendant responds to the Complaint. The parties shall exchange initial disclosure within 7 days of the 26(f) conference and submit a Joint Status Report within 14 days of same.

The parties reserve the right to petition the Court to change these deadlines based on further developments in the case.

SO STIPULATED this 14th day of October, 2024.

| HAGENS BERMAN SOBOL SHAPIRO LLP | CORR CRONIN LLP |
|---|---|
| *s/ Steve W. Berman (per email authorization)*<br>Steve W. Berman, WSBA No. 12536<br>Xiaoyi Fan, WSBA No. 56703<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 623-7292 Phone<br>steve@hbsslaw.com<br>kellyf@hbsslaw.com<br><br>Ben M. Harrington, *Admitted Pro Hac Vice Forthcoming)*<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>(510) 725-3034 Phone<br>benh@hbsslaw.com | *s/ Blake Marks-Dias*<br>Blake Marks-Dias, WSBA No. 28169<br>Todd T. Williams, WSBA No. 45032<br>Eric A. Lindberg, WSBA No. 43596<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104<br>(206) 625-8600 Phone<br>(206) 625-0900 Fax<br>bmarksdias@corrcronin.com<br>twilliams@corrcronin.com<br>elindberg@corrcronin.com<br><br>*Attorneys for Defendant Valve Corporation* |

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND FRCP 26(f) CONFERENCE AND MOTION TO DISMISS DEADLINES – Page 3
No. 2:24-cv-01218-JNW

**Corr Cronin llp**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | | |
|---|---|---|
| 1 | William Ward Bucher IV *(Pro Hac Vice Pending)* | Robert E. Day, *Admitted Pro Hac Vice* |
| 2 | BUCHER LAW PLLC | Jessica Rizzo, *Admitted Pro Hac Vice* |
| | 350 Northern Blvd, Ste. 324-1519 | MONTGOMERY McCRACKEN WALKER & RHOADS LLP |
| 3 | Albany, NY 12204-1000 | 1735 Market Street, 21st Floor |
| | | Philadelphia, PA 19103 |
| 4 | *Attorneys for Plaintiffs* | Telephone (215) 772-1500 |
| | | rday@mmwr.com |
| 5 | | jrizzo@mmwr.com |

Meredith Slawe, *Admitted Pro Hac Vice*
Michael W. McTigue, Jr., *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
meredith.slawe@skadden.com
michael.mctigue@skadden.com

*Attorneys for Defendant Valve Corporation*

IT IS SO ORDERED.

[signature]

Jamal N. Whitehead
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Todd T. Williams, WSBA No. 45032
Eric A. Lindberg, WSBA No. 43596
1015 Second Avenue, Floor 10
Seattle, WA  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

STIPULATION AND [PROPOSED] ORDER TO EXTEND FRCP 26(f) CONFERENCE AND MOTION TO DISMISS DEADLINES – Page 4
No. 2:24-cv-01218-JNW

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1 | twilliams@corrcronin.com |
| | elindberg@corrcronin.com |
| 2 | |
| 3 | Robert E. Day, *Admitted Pro Hac Vice* |
| | Jessica Rizzo, *Admitted Pro Hac Vice* |
| 4 | MONTGOMERY McCRACKEN WALKER |
| | & RHOADS LLP |
| 5 | 1735 Market Street, 21st Floor |
| | Philadelphia, PA 19103 |
| 6 | Telephone (215) 772-1500 |
| | rday@mmwr.com |
| 7 | jrizzo@mmwr.com |
| 8 | Meredith Slawe, *Admitted Pro Hac Vice* |
| | Michael W. McTigue, Jr., *Admitted Pro Hac Vice* |
| 9 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | One Manhattan West |
| 10 | New York, NY 10001 |
| | meredith.slawe@skadden.com |
| 11 | michael.mctigue@skadden.com |
| 12 | *Attorneys for Defendant Valve Corporation* |

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND FRCP 26(f) CONFERENCE AND MOTION TO DISMISS DEADLINES – Page 5
No. 2:24-cv-01218-JNW

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900