THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN ELLIOTT, RICARDO CAMARGO, JAVIER ROVIRA, and BRADLEY SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendants. | No. 2:24-cv-01218-JNW<br><br>**JOINT MOTION TO CONSOLIDATE RELATED ACTIONS UNDER LOCAL CIVIL RULE 42**<br><br>**NOTE ON MOTION CALENDAR:**<br>November 8, 2024 |
| CONNOR HEPLER and AARON LANCASTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendants. | No. 2:24-cv-01735-JNW |
| BRANDON DRAKE and ERIC SAAVEDRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendants. | No. 2:24-cv-01743-MLP |

1  Pursuant to Local Civil Rule 42(a), Plaintiffs John Elliott, Ricardo Camargo, Javier Rovira, and Bradley Smith ("*Elliott* Plaintiffs"); Connor Hepler and Aaron Lancaster ("*Hepler* Plaintiffs"); and Brandon Drake and Eric Saavedra ("*Drake* Plaintiffs") respectfully submit this Joint Motion to Consolidate Related Actions. This Joint Motion seeks to consolidate three related actions: *Elliott et al. v. Valve Corporation*, No. 2:24-cv-01218-JNW (W.D. Wash.), *Hepler et al. v. Valve Corporation*, No. 2:24-cv-01735-JNW (W.D. Wash.), and *Drake et al. v. Valve Corporation*, No. 2:24-cv-01743-MLP (W.D. Wash.).

*Elliott* and *Hepler* are currently pending before this Court. *Drake* is currently pending before Hon. Michelle L. Peterson in this District. *Elliott*, *Hepler*, and *Drake* are putative class actions on behalf of PC video game consumers, alleging that a common defendant—Valve Corporation—has used anticompetitive restraints of trade to unlawfully monopolize the market for PC game distribution and harm consumers. Consolidating these cases pursuant to Local Civil Rule 42(a) will promote efficiency and conserve the Court's and the parties' resources.

Movants therefore respectfully request that the Court consolidate the *Hepler* and *Drake* actions into the lower-numbered *Elliott* action, under the master caption *In re Valve Consumer Antitrust Litigation*. Movants do not believe consolidation with the consolidated PC game publisher class action *In re Valve Antitrust Litigation*, No. 2:21-cv-00563 (W.D. Wash), is appropriate at this time but understand the Court will consider this question separately pursuant to its own briefing schedule. Movants have met and conferred with defendant Valve pursuant to Local Civil Rule 42(b). Valve states that it "supports consolidation of the consumer class action cases generally, but believes that the Colvin Plaintiffs' case should be included in the proposed consolidated matter. *See Wolfire* Dkt. 376."

DATED this 8th day of November, 2024

/s/ Steve W. Berman
Steve W. Berman (WSBA No. 12536)
Xiaoyi Fan (WSBA No. 56703)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: kellyf@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3034
Facsimile: (510) 725-3001 fax
E-mail: benh@hbsslaw.com

William Ward Bucher IV (*pro hac vice* forthcoming)
BUCHER LAW PLLC
350 Northern Blvd, Ste. 324 -1519
Albany, NY 12204-1000
Telephone: (202) 997-3029
Email: will@bucherlawfirm.com

*Attorneys for the Elliott Plaintiffs*

Brent W. Johnson (*pro hac vice*)
Benjamin D. Brown (*pro hac vice*)
Robert W. Cobbs (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
rcobbs@cohenmilstein.com

Christopher J. Bateman (*pro hac vice*)
Daniel Gifford (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine St., 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
cbateman@cohenmilstein.com
dgifford@cohenmilstein.com

| | |
|---|---|
| 1 | |
| 2 | Corrie Yackulic (WSBA No. 16063)<br>CORRIE YACKULIC LAW LLC |
| 3 | 110 Prefontaine Place S., Suite 304<br>Seattle, WA 98104 |
| 4 | Tel: (206) 787-1915<br>corrie@cjylaw.com |
| 5 | *Attorneys for the <u>Hepler</u> Plaintiffs* |
| 6 | Michael C. Dell'Angelo (*pro hac vice*)<br>Candice J. Enders (*pro hac vice*) |
| 7 | Zachary D. Caplan (*pro hac vice* forthcoming)<br>Julia McGrath (*pro hac vice* forthcoming) |
| 8 | Najah A. Jacobs (*pro hac vice* forthcoming)<br>Jeremy Gradwohl (*pro hac vice* forthcoming) |
| 9 | Sarah Zimmerman (*pro hac vice* forthcoming)<br>BERGER MONTAGUE PC |
| 10 | 1818 Market Street<br>Philadelphia, PA 19103 |
| 11 | Phone: (215) 875-3000<br>mdellangelo@bm.net |
| 12 | cenders@bm.net<br>zcaplan@bm.net |
| 13 | jmcgrath@bm.net<br>jgradwohl@bm.net |
| 14 | szimmerman@bm.net |
| 15 | Karin B. Swope, WSBA No. 24015<br>Thomas E. Loeser, WSBA No. 38701 |
| 16 | COTCHETT, PITRE & MCCARTHY, LLP<br>999 N. Northlake Way, Suite 215 |
| 17 | Seattle, WA 98103<br>Phone: (206) 802-1272 |
| 18 | Fax: (650) 697-0577<br>kswope@cpmlegal.com |
| 19 | tloeser@cpmlegal.com |
| 20 | Derek W. Loeser, WSBA No. 24274<br>David Ko, WSBA No. 38299 |
| 21 | Ryan McDevitt, WSBA No. 43305<br>KELLER ROHRBACK L.L.P. |
| 22 | 1201 Third Avenue, Suite 3400<br>Seattle, WA 98101 |
| 23 | Phone: (206) 623-1900<br>dloeser@kellerrohrback.com |
| 24 | dko@kellerrohrback.com<br>rmcdevitt@kellerrohrback.com |
| 25 | |
| 26 | *Attorneys for the <u>Drake</u> Plaintiffs* |

JOINT MOTION TO CONSOLIDATE
2:24-cv-01218-JNW

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF recipients.

Dated:   November 8, 2024                    /s/ Steve W. Berman
                                             Steve W. Berman

JOINT MOTION TO CONSOLIDATE
2:24-cv-01218-JNW