THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN ELLIOTT, RICARDO CAMARGO, JAVIER ROVIRA, and BRADLEY SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendants. | No. 2:24-cv-01218-JNW<br><br>**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS UNDER LOCAL CIVIL RULE 42** |
| CONNOR HEPLER and AARON LANCASTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendants. | No. 2:24-cv-01735-JNW |
| BRANDON DRAKE and ERIC SAAVEDRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendants. | No. 2:24-cv-01743-MLP |

1     Before the Court is the Joint Motion to Consolidate Related Actions of Plaintiffs John Elliott, Ricardo Camargo, Javier Rovira, and Bradley Smith ("*Elliott* Plaintiffs"); Connor Hepler and Aaron Lancaster ("*Hepler* Plaintiffs"); and Brandon Drake and Eric Saavedra ("*Drake* Plaintiffs"). Having considered the parties' positions, the Court hereby GRANTS the motion and ORDERS:

1. The following related actions shall be consolidated for all pretrial purposes into *Elliott et al. v. Valve Corporation*, No. 2:24-cv-01218-JNW (W.D. Wash.): *Hepler et al. v. Valve Corporation*, No. 2:24-cv-01735-JNW (W.D. Wash.); and *Drake et al. v. Valve Corporation*, No. 2:24-cv-01743-MLP (W.D. Wash.).

2. Any actions related to the consolidated actions that are brought on behalf of consumers that have purchased PC video games on Steam and that are subsequently filed in or transferred to this District shall be consolidated herewith.

3. The Clerk shall establish a Docket for the Actions under Civil Action No. 2:24-cv-01218-JNW. All papers filed in the Actions shall be filed on the Docket and shall bear the caption:

| IN RE: VALVE CONSUMER ANTITRUST LITIGATION | Civil Action No.: 2:24-cv-01218-JNW |
|---|---|

4. Within seven (7) days of the appointment of interim class counsel, the parties will file a stipulation on the schedule.

IT IS SO ORDERED

DATED this ___ day of _____, 2024.

_____
Hon. Jamal N. Whitehead
United States District Judge

Presented by:

/s/
Steve W. Berman (WSBA No. 12536)
Xiaoyi Fan (WSBA No. 56703)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: kellyf@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3034
Facsimile: (510) 725-3001 fax
E-mail: benh@hbsslaw.com

William Ward Bucher IV (*pro hac vice* forthcoming)
BUCHER LAW PLLC
350 Northern Blvd, Ste. 324 -1519
Albany, NY 12204-1000
Telephone: (202) 997-3029
Email: will@bucherlawfirm.com

*Attorneys for the Elliott Plaintiffs*

Brent W. Johnson (*pro hac vice*)
Benjamin D. Brown (*pro hac vice*)
Robert W. Cobbs (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
rcobbs@cohenmilstein.com

Christopher J. Bateman (*pro hac vice*)
Daniel Gifford (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine St., 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
cbateman@cohenmilstein.com
dgifford@cohenmilstein.com

|   |   |
|---|---|
| 1 | |
| 2 | Corrie Yackulic (WSBA No. 16063)<br>CORRIE YACKULIC LAW LLC |
| 3 | 110 Prefontaine Place S., Suite 304<br>Seattle, WA 98104<br>Tel: (206) 787-1915 |
| 4 | corrie@cjylaw.com |
| 5 | *Attorneys for the <u>Hepler</u> Plaintiffs* |
| 6 | Michael C. Dell'Angelo (*pro hac vice*)<br>Candice J. Enders (*pro hac vice*) |
| 7 | Zachary D. Caplan (*pro hac vice* forthcoming)<br>Julia McGrath (*pro hac vice* forthcoming) |
| 8 | Najah A. Jacobs (*pro hac vice* forthcoming)<br>Jeremy Gradwohl (*pro hac vice* forthcoming) |
| 9 | Sarah Zimmerman (*pro hac vice* forthcoming)<br>BERGER MONTAGUE PC |
| 10 | 1818 Market Street<br>Philadelphia, PA 19103 |
| 11 | Phone: (215) 875-3000<br>mdellangelo@bm.net |
| 12 | cenders@bm.net<br>zcaplan@bm.net |
| 13 | jmcgrath@bm.net<br>jgradwohl@bm.net |
| 14 | szimmerman@bm.net |
| 15 | Karin B. Swope, WSBA No. 24015<br>Thomas E. Loeser, WSBA No. 38701 |
| 16 | COTCHETT, PITRE & MCCARTHY, LLP<br>999 N. Northlake Way, Suite 215 |
| 17 | Seattle, WA 98103<br>Phone: (206) 802-1272 |
| 18 | Fax: (650) 697-0577<br>kswope@cpmlegal.com |
| 19 | tloeser@cpmlegal.com |
| 20 | Derek W. Loeser, WSBA No. 24274<br>David Ko, WSBA No. 38299 |
| 21 | Ryan McDevitt, WSBA No. 43305<br>KELLER ROHRBACK L.L.P. |
| 22 | 1201 Third Avenue, Suite 3400<br>Seattle, WA 98101 |
| 23 | Phone: (206) 623-1900<br>dloeser@kellerrohrback.com |
| 24 | dko@kellerrohrback.com<br>rmcdevitt@kellerrohrback.com |
| 25 | |
| 26 | *Attorneys for the <u>Drake</u> Plaintiffs* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26